**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7292**

———————

PATRICK O. CHRISTIAN,

                Plaintiff – Appellant,

      v.

RODNEY MOORE, Chief of Police, Charlotte Mecklenburg Police
Department; DANIEL E. BAILEY, JR., Sheriff, Mecklenburg
County Sheriff Department; JAMES TOWNSEND, Property
Manager, Monroe Hall; FNU NIPPER, CAT's Safety Manager;
SARAH PARKER, North Carolina Chief Justice,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge. (3:10-cv-00302-FDW-DSC)

———————

Submitted:  January 13, 2011      Decided:  January 20, 2011

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Patrick O. Christian, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Christian v. Moore, No. 3:10-cv-00302-FDW-DSC (W.D.N.C. Aug. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2